COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| CITY OF EL PASO, EL PASO INDEPENDENT SCHOOL DISTRICT, COUNTY OF EL PASO, TEXAS, EL PASO COMMUNITY COLLEGE, AND R.E. THOMASON GENERAL HOSPITAL, | §<br><br>§<br><br>§ | No. 08-10-00292-CV<br><br>Appeal from the |
| Appellants, | § | 171st Judicial District Court |
| v. | § | of El Paso County, Texas |
| ANDY J. WINTON AND JOY WINTON, | §<br><br>§<br><br>§ | (TC# 2007TX801) |
| Appellees. | | |

## **MEMORANDUM  OPINION**

Pending before the Court is Appellants' unopposed motion for voluntary dismissal of this appeal.  *See* TEX.R.APP.P. 42.1(a)(1).  The motion is granted, and this appeal is dismissed.  Costs of appeal are assessed against Appellants.  *See* TEX.R.APP.P. 42.1(d).


December 8, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.